| | |
|---|---|
| JOSHUA E. KIRSCH (179110)<br>GIBSON ROBB & LINDH LLP<br>201 Mission Street, Suite 2700<br>San Francisco, California 94105<br>Telephone: (415) 348-6000<br>Facsimile: (415) 348-6001<br>Email: jkirsch@gibsonrobb.com | *E-Filed: October 8, 2013* |

Attorneys for Plaintiffs
HELICOS BIOSCIENCES CORPORATION and
FALVEY CARGO UNDERWRITING, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HELICOS BIOSCIENCES CORPORATION, a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation;<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation d.b.a. FEDEX EXPRESS;<br><br>    Defendants. | Case No.: CV 13-02495<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT |

Good cause appearing therefore, plaintiffs are hereby given leave to file the First Amended Complaint appended to the stipulation of the parties submitted to the Court. Defendant shall have the option of allowing its answer on file herein to stand as the answer to the First Amended Complaint, or may file a new answer to the First Amended Complaint within 14 days of the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT
Case No.: CV 13-02495; Our File No. 5721.29